July 25, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CLEMENT YENG, Appellant

NO. 14-11-00819-CV                           V.

EVE ZOU AND JIAN ZHONG ZOU, Appellees
_____

This cause, an appeal from the judgment in favor of appellees, Eve Zou and Jian Zhong Zou, signed, July 15, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **MODIFY** the judgment of the court below so that in it appellees, Eve Zou and Jian Zhong Zou, recover from appellant Clement Yeng actual damages in the total amount of $180,000. We order the judgment of the court below **AFFIRMED** except as modified in this judgment. For good cause, we order appellant Clement Yeng to pay one-half of all costs incurred in this appeal, and we order appellees, Eve Zou and Jian Zhong Zou, jointly and severally, to pay one-half of all costs incurred in this appeal. We further order this decision certified below for observance.